United States District Court
Southern District of Texas
**ENTERED**
November 30, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| EDELSON, P.C., § | |
| § | |
| Plaintiff, § | |
| VS. § | MISCELLANEOUS ACTION NO. |
| § | 2:18-MC-980 |
| § | |
| BANDAS LAW FIRM, P.C., *et al*, § | |
| § | |
| Defendants. | |

## ORDER FOR ADDITIONAL BRIEFING

Pending in this case are two motions to quash filed by Bandas Law Firm, PC, and Christopher Bandas (collectively, "Bandas") and First Community Bank (FCB) (D.E. 1, 2). The motions seek to quash a subpoena served on FCB by Edelson PC ("Edelson") in a lawsuit pending in the Northern District of Illinois.

The motions and responses have been reviewed and additional briefing is requested on the following issue: If the only relief to which Edelson is entitled is a determination that Bandas has engaged in the unauthorized practice of law in Illinois and an order enjoining him doing so, and if Bandas has agreed that he engaged in such unauthorized practice and has agreed to an injunction prohibiting him from practicing law without prior authorization from the Illinois Supreme Court, why should FCB be compelled to produce the records sought by Edelson? In other words, what relief will the documents allow Edelson to obtain that cannot be obtained by Bandas's agreement?

The parties are not obligated to submit additional briefing on this issue, but any party that wishes to must do so by December 7, 2018. Briefs are limited to no more than

three pages and there is no need to discuss the facts of the case nor repeat any information or authority included in documents previously submitted.

ORDERED this 30th day of November, 2018.

_____
B. JANICE ELLINGTON
UNITED STATES MAGISTRATE JUDGE